**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
_Fourth_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __JAVIER CASTILLO__    JOINT DEBTOR:_____    CASE NO.: _13-36628-AJC_
Last Four Digits of SS# XXX-XX-7079    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $__598.21__ for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $__2,800.00__    TOTAL PAID $1,800.00
         Balance Due  $__1,000.00__ payable $__125.00__/month (Months _1_ to _8_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _Sterling Jewelers, Inc. dba Jared Galleria of Jewelry_    Payoff on Petition Date  $_3,500.00_
Address: _POB 93784, Cleveland, OH 44101_ Payment $_58.34_/month (Months __1__ to _60_ )
Account No: _XXXX4902_

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. NONE    Total Due $_____
       Payable $_____/month (Months____ to ___) Regular Payment $____

Unsecured Creditors: Pay $_355.05_/month (Months _1_ to _8_), $_480.05_/month (Months _9_ to _60_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Robert Sanchez, Esq._                              _____
Attorney for Debtor                                     Joint Debtor
Date: _7/11/2014_                                       Date:_____

LF-31 (rev. 06/02/08)